NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000317
17-OCT-2018
08:17 AM**

NO. CAAP-18-0000317

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CARLOS F. FERNANDEZ,
Claimant-Appellee/Appellant,
v.
ANDREWS INTERNATIONAL, INC.,
Employer-Appellant/Appellee,
and
ARCH INSURANCE CO.,
Insurance Carrier-Appellant/Appellee,
and
GALLAGHER BASSETT SERVICES, INC.,
Adjuster-Appellant/Appellee,
and
SPECIAL COMPENSATION FUND,
Appellee/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE. NO. AB 2014- 037(H0; DCD NO. 1-11-00366)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, C.J., and Reifurth and Chan, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed September 14, 2018, by Employer-Appellee Andrews International, Inc., Insurance Carrier-Appellee Arch Insurance Company, and Adjuster-Appellee Gallagher Bassett Services, Inc., the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) pursuant to Hawai'i Rules of Appellate Procedure Rule 42(a), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, October 17, 2018.

Chief Judge

Associate Judge

Associate Judge